**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

    Petitioner,

v.                                                    CASE NO: 8:06-mc-123-T-26MSS

GEORGE C. PAFFENBARGER, III,

    Respondent.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged as follows:

1) The Government's Motion for <u>In Camera</u> Evaluation of Respondent's Invocation of the Fifth Amendment Privilege (Dkt. 14) is granted.

2) The Court will conduct a hearing with regard to the legal propriety of Respondent's invocation of his Fifth Amendment privilege against self-incrimination on Friday, May 30, 2008, at 1:30 p.m., at which Respondent must personally appear.

3) The Respondent shall file a response to the motion on or before May 12, 2008.

**DONE AND ORDERED** at Tampa, Florida, on April 28, 2008.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record